# UNITED STATES DISTRICT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC. | ) | MDL NO. 2570 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | JUDGE TIM A. BAKER |
| | ) | |

**This Document Relates to:**
*WHITMORE v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGAITON*
*Civil Action No. 1:21-cv-00635-RLY-TAB*

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiffs James Whitmore, and Betty Whitmore respectfully move this court to substitute Betty Whitmore, the plaintiff's spouse, individually and as successor-in-interest to James Whitmore, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff James Whitmore's case was filed on or about March 16, 2021, (*WHITMORE v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGAITON.;* Case No. *1:21-cv-00635-RLY-TAB*).

2. All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6).

   a. On or about March 16, 2021, Defendant Cook, Inc., et al. was served by the Court's electronic filing system with the Complaint and Request for waiver of service.

3. On or about February 12, 2023 Plaintiffs' counsel was informed that James Whitmore, passed away on or about February 12, 2023.

4. James Whitmore's action against Defendants survives her death and is not extinguished.

5. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about September 19, 2025.

6. Plaintiff thus moves to substitute Betty Whitmore, individually and as successor-in-interest to James Whitmore, Deceased, as Plaintiff in the present action.

7. Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs (Betty Whitmore, individually and as successor-in-interest to James Whitmore, Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff James Whitmore is now deceased.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiffs, James Whitmore and Betty Whitmore, respectfully request the Court grant Plaintiffs' Motion to Substitute Betty Whitmore, individually and as successor-in-interest to James Whitmore, Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

Dated: 09/19/2025                                             Respectfully submitted,

By: */s/ Monte Bond*

MONTE BOND, Esq.
Texas Bar No.02585625
Tautfest Bond PLLC
5473 Blair Road, Suite 2000
Dallas, Texas 75231
214-617-9980 (Phone)
214-853-4281 (Fax)
mbond@tbtorts.com

**ATTORNEY FOR PLAINTIFF(S)**

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: 09/19/2025

                                        Respectfully Submitted,

                                  By: */s/ Monte Bond*
                                        MONTE BOND, Esq.
                                        Texas Bar No.02585625
                                        5473 Blair Road, Suite 2000
                                        Dallas, Texas 75231
                                        214-617-9980 (Phone)
                                        214-853-4281 (Fax)
                                        mbond@tbtorts.com

                                        ***Attorney for Plaintiff***