# CERTIFICATE OF VITAL RECORD

**4458239** COMMONWEALTH OF VIRGINIA
DEPARTMENT OF HEALTH – OFFICE OF VITAL RECORDS

## COMMONWEALTH OF VIRGINIA - CERTIFICATE OF DEATH
DEPARTMENT OF HEALTH - DIVISION OF VITAL RECORDS - RICHMOND

**DATE RECORD FILED:** FEBRUARY 14, 2023
**STATE FILE NUMBER:** 23-008683

**1. FULL NAME OF DECEDENT:** JAMES HOWARD WHITMORE
**2. SEX:** MALE
**3. DATE OF DEATH:** FEBRUARY 12, 2023 (ACTUAL)
**4. DATE OF BIRTH:** [redacted]
**5. AGE:** 88 Years
**6. WAS DECEDENT EVER IN U.S. ARMED FORCES?:** NO
**7. BIRTHPLACE:** VIRGINIA
**8. SOCIAL SECURITY NUMBER:** [redacted]
**9. STREET ADDRESS:** [redacted]
**10. CITY OR TOWN OF RESIDENCE:** WINDSOR
**INSIDE CITY OR TOWN LIMITS?:** YES
**11. COUNTY OF DECEDENT'S RESIDENCE:** ISLE OF WIGHT COUNTY
**12. U.S. STATE OF RESIDENCE:** VIRGINIA
**12a. ZIP CODE:** 23487
**13. RACE OF DECEDENT:** WHITE
**14. DECEDENT OF HISPANIC ORIGIN?:** NON-HISPANIC
**15. EDUCATION:** HIGH SCHOOL DIPLOMA
**16. CITIZEN OF WHAT COUNTRY:** UNITED STATES OF AMERICA
**17. USUAL OR LAST OCCUPATION:** ENGINEER
**18. KIND OF BUSINESS OR INDUSTRY:** BELL ATLANTIC TELEPHONE
**19. MARITAL STATUS:** MARRIED
**20. NAME OF SPOUSE:** BETTY R. WHITMORE
**21. FULL NAME OF DECEDENT'S FATHER:** JAMES HOWARD WHITMORE
**21a. GENDER:** MALE
**22. FULL NAME OF DECEDENT'S MOTHER:** MARY FLORINE ORRMAN
**22a. GENDER:** FEMALE
**23. INFORMANT'S RELATIONSHIP:** SPOUSE
**24. FULL NAME OF INFORMANT:** BETTY R. WHITMORE
**25. NAME OF HOSPITAL OR INSTITUTION OF DEATH:** SENTARA OBICI HOSPITAL
**25a.** INPATIENT
**27. CITY OR TOWN OF DEATH:** SUFFOLK
**28. STREET ADDRESS:** 2800 GODWIN BLVD
**28a. ZIP CODE:** 23434
**29. METHOD OF DISPOSITION:** BURIAL
**30. PLACE OF DISPOSITION:** PENINSULA MEMORIAL PARK
**31. STREET ADDRESS:** 12750 WARWICK BOULEVARD
**31a. CITY/COUNTY:** NEWPORT NEWS
**31b. STATE:** VIRGINIA
**31c. ZIP CODE:** 23606
**32. SIGNATURE OF FUNERAL DIRECTOR:** /S/ MONTE RAY GERMAN
**32a. LICENSEE'S NO.:** 0502900132
**32b. NAME OF FUNERAL HOME:** WEYMOUTH FUNERAL HOME, INC.
**33. NAME OF FUNERAL DIRECTOR:** MONTE RAY GERMAN
**33a. STREET ADDRESS OF FUNERAL HOME:** 12746 NETTLES DR NEWPORT NEWS VIRGINIA 23606
**34. TIME OF DEATH:** 12:50 A.M. (ACTUAL)

**35. PART I. CAUSE OF DEATH:**
- (A) [redacted]
- (B) [redacted]
- (C) [redacted]
- (D) [redacted]

**36. WAS THE MEDICAL EXAMINER CONTACTED?:** NO
**36a. AUTOPSY?:** NO
**37. DID TOBACCO USE CONTRIBUTE TO DEATH?:** NO

**48. SIGNATURE OF PERSON COMPLETING THE CAUSE OF DEATH:** /S/ RAHEL FELEKE
**48a. TITLE:** MEDICAL DOCTOR
**48b. DATE SIGNED:** FEBRUARY 13, 2023
**49. NAME OF PERSON PROVIDING THE MEDICAL CERTIFICATION OF DEATH:** RAHEL FELEKE
**49a. ADDRESS:** 2800 GODWIN BLVD SUFFOLK VIRGINIA 23434
**49b. MEDICAL LICENSE NO.:** 0101263967

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department Of Health, Richmond, Virginia

**DATE ISSUED:** February 16, 2023

*Seth Austin*, Director and State Registrar

Do not accept unless on security paper with the seal of Virginia Department of Health, Vital Statistics in the lower left hand corner. Section 32.1-272, Code of Virginia, as amended.

VS 15C

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED