# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK IVC FILTER | MDL NO. 2570 |
| PRODUCTS LIABILITY LITIGATION | JUDGE TIM A. BAKER |

**This Document Relates to:**
*WHITMORE v. COOK MEDICAL, INC, IVC FILTERS*
*Civil Action No. 1:21-cv-00635-RLY-TAB*

## ORDER GRANTING MOTIONS TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

The Court has considered Plaintiff James Whitmore's Motions to Substitute Party Plaintiff and for Leave to File Amended Short Form Complaint, and the Court, being duly advised in the premises, now GRANTS the motions. [Filing Nos. 27150, 27151.]

IT IS THEREFORE ORDERED that: (1) Betty Whitmore, individually and as successor-in-interest to James Whitmore, Deceased, is substituted as Plaintiff in the above-referenced action; (2) Plaintiff is hereby granted leave to file an Amended Short Form Complaint; and, (3) the Amended Short Form Complaint is hereby deemed filed as of the date of this order. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 11/13/2025

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.