IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:21-cv-635-RLY-TAB   Whitmore

### ORDER ON MOTION TO MAINTAIN DOCUMENT UNDER SEAL

Plaintiff Betty Whitmore, personal representative for the estate of James Whitmore, moves the Court to maintain under seal Filing No. 27151-2 in this case. [Filing No. 27180.] Plaintiff's basis for moving to maintain this document under seal is that it contains Plaintiff's death certificate, which contains personal identifiers—specifically, Plaintiff's full date of birth and social security number—which should be maintained under seal according to Federal Rule of Civil Procedure 5.2. Plaintiff provided a redacted version of the document that is publicly available. [Filing No. 27150-1.] Plaintiff sets forth good cause to maintain this exhibit under seal. Accordingly, Plaintiff's motion [Filing No. 27180] is granted. The Clerk is directed to maintain Filing No. 27151-2 under seal.

Date: 11/24/2025

                                          Tim A. Baker
                                          United States Magistrate Judge
                                          Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.